

**IN RE: ADOPTION OF**
**N.J.M., a Minor**

**3072 EDA 2016**

Superior Court of Pennsylvania.

03/28/2017

No. 2016–A053
(Montgomery)

Affirmed

**IN RE: ADOPTION OF**
**L.C.M, a Minor**

**3073 EDA 2016**

Superior Court of Pennsylvania.

03/28/2017

No. 2016–A054
(Montgomery)

Affirmed

**IN RE: ADOPTION OF:**
**E.I.M., a Minor**

**3142 EDA 2016**

Superior Court of Pennsylvania.

03/28/2017

No.: 2016–A0052
(Montgomery)

Affirmed

**IN RE: ADOPTION OF:**
**N.J.M., a Minor**

**3144 EDA 2016**

Superior Court of Pennsylvania.

03/28/2017

No.: 2016–A0053
(Montgomery)

Affirmed

**IN RE: ADOPTION OF:**
**L.C.M., a Minor**

**3147 EDA 2016**

Superior Court of Pennsylvania.

03/28/2017

No.: 2016–A0054 (Montgomery)

Affirmed

**COM.**

v.

**KITCHELL, C.**

**2015 MDA 2015**

Superior Court of Pennsylvania.

3/28/2017

CP–40–CR–0001292–2011
(Luzerne)

Vacated/Remanded

